**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02693-RPM-BNB

MELONY CASTLE,

       Plaintiff,

v.

CACH, LLC, a Colorado limited liability company,

       Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

BY THE COURT:

November 30, 2012

s/Richard P. Matsch

_____                    _____
DATE                                        Richard P. Matsch, Senior District Judge